**Electronically Filed
Supreme Court
SCPW-11-0000733
28-OCT-2011
10:09 AM**

NO. SCPW-11-0000733

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RAYMOND GONSALVES, Petitioner,

vs.

DISTRICT COURT OF THE FIRST CIRCUIT,
STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CASE NOS. 1DTI-06-012226, 1DTI-06-024476, 1DTI-06-119492,
1DTI-06-120263, 1DTC-06-013780, 1DTI-07-036645, 1DTI-07-032679,
1DTI-07-166063, 1DTI-07-166045, 1DTI-07-165292, 1DTI-07-177024,
1DTI-07-118898, 1DTI-08-038923, and 1DTI-08-008347)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of the motion for reconsideration of the October 14, 2011 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, October 28, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

